| | |
|---|---|
| 1 | ERIC BERG (State Bar No. 134621)<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| 2 | 21 East Carrillo Street<br>Santa Barbara, CA 93101 |
| 3 | Telephone: (805) 963-7000<br>Facsimile: (805) 965-4333 |
| 4 | E-mail: EBerg@bhfs.com |
| 5 | CHRISTOPHER M. PARENT (Colorado State Bar No. 34766)<br>*Pro Hac Vice* |
| 6 | MARTHA M. BAUER (Colorado State Bar No. 14078)<br>*Pro Hac Vice* |
| 7 | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>410 Seventeenth Street, Suite 2200 |
| 8 | Denver, CO 80202-4432<br>Telephone: (303-223-1100) |
| 9 | Facsimile: (303-223-1111)<br>E-mail: CParent@bhfs.com; MBauer@bhfs.com |
| 10 | |
| 11 | Attorneys for Defendant<br>PENTA HOSPITALITY, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| CTF DEVELOPMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PENTA HOSPITALITY, LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. C09-02429 WHA<br><br>[Assigned to the Honorable William Alsup]<br><br>~~[PROPOSED]~~ **ORDER ON STIPULATED MOTION TO CHANGE CASE MANAGEMENT CONFERENCE DATE** |

**THIS MATTER,** having come before the Court on Defendant Penta Hospitality, LLC's Stipulated Motion to Change Case Management Conference Date and the Court having been fully advised in the premises, hereby:

**ORDERS** that the Motion is **GRANTED**. The Case Management Conference is scheduled for September 24, 2009, at 11 a.m.

The Case Management Conference scheduled for September 17, 2009 is **VACATED**.

IT IS SO ORDERED

Dated: September 10, 2009 _____

Judge William Alsup

*[Court seal: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]*

1

~~[PROPOSED]~~ ORDER    C09-02429 WHA

SB 518155 v1:012946.0002

2