MAYER BROWN LLP
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

MICHAEL D. ADAMS (*PRO HAC VICE*)
mdadams@mayerbrown.com
JASON L. WHITE (*PRO HAC VICE* )
jlwhite@mayerbrown.com
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile:  (312) 706-9139

Attorneys for Plaintiff
CTF DEVELOPMENT, INC., a Delaware Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CTF DEVELOPMENT, INC., a Delaware Corporation,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>PENTA HOSPITALITY, LLC, a California Limited Liability Company,<br><br>  Defendant and Counterclaim Plaintiff. | Case No. C09-02429 WHA<br><br>[Assigned to the Honorable William Alsup]<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER WITH MODIFICATIONS** |

1  WHEREAS, Plaintiff and Counterclaim Defendant CTF Development, Inc. ("CTF"), having filed a Complaint in this action charging Defendant and Courterclaim Plaintiff Penta Hospitality, LLC ("Hospitality") with federal trademark infringement, false designation of origin, cyberpiracy, California statutory unfair competition and common law unfair competition and Hospitality having filed a Counterclaim in this action seeking to cancel CTF's registered trademark for PENTA (U.S. Reg. No. 3,568,660), the Parties hereto desiring and having agreed to settle the controversy between them request the Court to approve and order the below.

CTF, by and through its counsel of record, and Hospitality, by and through its counsel of record, stipulate and agree as follows:

1. The claims for relief, and each of them, alleged by CTF against Hospitality, shall be dismissed with prejudice.

2. The counterclaims for relief, and each of them, alleged by Hospitality against CTF, shall be dismissed with prejudice.

3. This Stipulation may be amended or modified only by a written instrument signed by both Parties.

4. This Stipulation shall be binding on and inure to the benefit of the Parties to it and their successors or assignees.

5. Each side shall bear its own fees and costs of suit.

6. The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of the Confidential Settlement Agreement.*

7. The above-captioned action shall, upon filing by CTF requesting entry of judgment against Hospitality, be reopened should Hospitality default under the terms of the Confidential Settlement Agreement.

IT IS SO STIPULATED.

**\* The undersigned will only retain jurisdiction for three years from the date of this order.**

-1-

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. C09-02429 WHA

12946\2\1335540.3

Dated: December 23, 2009    MAYER BROWN LLP

By:    /s/ Eric B. Evans
      Eric B. Evans
      Michael D. Adams
      Jason L. White
      Attorneys for Plaintiff and Counterclaim Defendant
      CTF DEVELOPMENT, INC

Dated: December 23, 2009    BROWNSTEIN HYATT FARBER SCHRECK LLP

By:    /s/ Christopher M. Parent
      Eric Berg
      Christopher M. Parent
      Martha F. Bauer
      Attorneys for Defendant and Counterclaim Plaintiff
      PENTA HOSPITALITY LLC

The undersigned will only retain jurisdiction over this agreement for THREE YEARS from the date of this order.  Pursuant to stipulation, the case is hereby dismissed with prejudice.

**THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: December 24, 2009.

_____
**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

-2-

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. C09-02429 WHA

12946\2\1335540.3